Case 2:22-mc-00002-SAB    ECF No. 2    filed 04/11/22    PageID.17    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2022
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re<br><br>GERALD JOHN MOBERG,<br><br>Lawyer. | No. 2:22-MC-0002-SAB<br><br>ORDER CLOSING DISCIPLINARY FILE |

On April 7, 2022, the District Court Executive/Clerk of Court filed the Notice of Disciplinary Action from the Washington State Bar Association. The file reflects that Gerald John Moberg entered into a Stipulation to Admonition.

The Court has reviewed the file in this matter and is fully informed. Whereas the offending conduct was not perpetrated in this Court and the Washington State Bar Association has imposed an appropriate admonishment, this Court will not proceed with further discipline in this Court.

**ACCORDINGLY, IT IS ORDERED:**

Pursuant to LCivR 83.3(b), this matter is closed. The District Court Executive is directed to send a copy of this Order to Mr. Moberg at his address of record.

**DATED** April 11, 2022.

_____
STANLEY A. BASTIAN
Chief United States District Judge

ORDER CLOSING DISCIPLINARY FILE ~ 1

# CERTIFICATE OF SERVICE

I hereby certify that I served said attorney with the Order Closing Disciplinary File using the following methods on April 11, 2022:

☒ Service by ECF email account; and

☒ First Class mail to the public mailing address listed in the Washington State Bar Association's Lawyer Directory:

> Gerald John Moberg
> 238 W Division Ave
> Ephrata, WA 98823-1848

Signature: *Cora Vargas*

Date: April 11, 2022

ORDER CLOSING DISCIPLINARY FILE ~ 2